**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA                                        RESPONDENT

VERSUS                                        CIVIL ACTION NO. 1:05cv364-DCB
                                              CRIMINAL NO. 1:02cr76-DCB

LESTER GONZALEZ                                                  PETITIONER

<u>**ORDER**</u>

On January 17, 2006, the Court entered a Memorandum Opinion and Order [docket entry no. 39] directing the government to submit affidavits from the petitioner's trial attorneys, Mr. Michael Cox and Mr. Humberto Dominguez, detailing their recollections of any conversations they had with the petitioner prior to his plea hearing regarding the potential for deportation.  As of this date, Mr. Cox has failed to supply such an affidavit; accordingly,

IT IS HEREBY ORDERED that Mr. Michael Cox provide the parties and this Court with an affidavit as detailed above and in the Court's previous Memorandum Opinion and Order dated January 17, 2006, within ten (10) days of entry of this Order.

SO ORDERED, this the 7th day of February, 2006.


                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE