```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA                                RESPONDENT

VERSUS                          CIVIL ACTION NO. 1:05cv364-DCB
                                   CRIMINAL NO. 1:02cr76-DCB

LESTER GONZALEZ                                          PETITIONER

## FINAL JUDGMENT

This matter came before the Court on the petitioner's motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 1 in civil action 1:05cv364 and docket entry no. 35 in criminal action 1:02cr76**], and the Court denied the motion in a separate Order. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 19th day of June, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE